## J. C. OWENS v. UNITED STATES.*

(Circuit Court of Appeals. Ninth Circuit. November 2, 1925.)

No. 4499.

In Error to the District Court of the United States for the District of Arizona; F. C. Jacobs, Judge.

Thomas J. Croaff and Joseph E. Morrison, both of Phœnix, Ariz., for plaintiff in error.

John B. Wright, U. S. Atty., of Tucson, Ariz., and Geo. T. Wilson and George R. Hill, Asst. U. S. Attys., both of Phœnix, Ariz.

Before HUNT, RUDKIN, and McCAMANT, Circuit Judges.

HUNT, Circuit Judge. Conviction under an indictment for sale of intoxicating liquor to Indians under charge of an Indian agent, and wards of the Government of the United States.

The questions presented are the same as are decided in Brown v. United States (C. C. A.) 8 F.(2d) 433, and upon the authority of that case the judgment is affirmed.

Affirmed.